UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20395-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GREGORY ARRINGTON,

        Defendant.
_____/

## ORDER GRANTING MOTION TO SUPPRESS AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Edwin Torres, United States Magistrate Judge. A Report and Recommendation **[D.E. #35]** has been filed and the Government has filed an Objection to the Report and Recommendation **[D.E. #38]** and the Defendant has responded **[D.E. #39]**.

After a *de novo* review the Court is overruling the Government's objection and suppressing the evidence for the reasons stated in the Magistrate's Report.

DONE and ORDERED in Miami-Dade County Florida this ____1st____ day of October 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record